United States District Court
Southern District of Texas
**ENTERED**
September 20, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Jesus Miranda, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action H-21-1029 |
| | § | |
| Kilolo Kijakazi, | § | |
| Acting Commissioner of the | § | |
| Social Security Administration, | § | |
| *Defendant*. | § | |

## ORDER OF ADOPTION

On August 29, 2022, Magistrate Judge Peter Bray recommended that Jesus Miranda's motion for summary judgment be denied and Defendant's motion for summary judgment be granted. ECF No. 17. Plaintiff filed a motion to alter or amend memorandum and recommendations, which the court construes to be objections. ECF No. 21. Plaintiff's objections are overruled.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion. The Commissioner's final decision is affirmed. The court will issue a separate final judgment.

Signed on September 20, 2022, at Houston, Texas.

David Hittner
United States District Judge